UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CXA-10 CORPORATION,

    Plaintiff(s),                No. C 12-1154 PJH

    v.                                 **ORDER**

BARRY FORD,

    Defendant(s).

_____/

Defendant having withdrawn his motion to dismiss and the hearing on said motion scheduled for June 20, 2012, having been vacated, the court grants the request of the parties noted in their joint case management statement to continue the June 7, 2012 case management conference until after defendant has answered the complaint.  Accordingly, the court orders as follows:

1. The June 7, 2012 date for case management conference is vacated.
2. Defendant shall file an answer to the complaint no later than June 27, 2012.
3. An updated case management statement shall be filed no later than July 19, 2012.
4. The case management conference will be held on July 26, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: June 5, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge