Timothy P. Thomas, Esq.
Nevada Bar No. 5148
Law Office of Timothy P. Thomas, LLC
8670 W. Cheyenne Avenue, Suite 120
Las Vegas, NV 89129
(702) 227-0011 Fax (702) 227-0015
*Attorney for Defendant*
*(pro hac vice)*

SCHEER LAW GROUP, LLP
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903
(415) 491-8900 Telephone
(415) 491-8910 Facsimile
*(Local Counsel for Defendant)*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CXA-10 CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>BARRY A. FORD, an individual; and DOES 1-50 inclusive<br>Defendant | No. CV12-01154PJH<br><br>[~~PROPOSED~~] ORDER APPROVING STIPULATION TO CHANGE VENUE<br><br>Date: August 29, 2012<br>Time: 9:00 a.m.<br>Place: US District Court<br>Courtroom 3, 3rd Floor,<br>1301 Clay Street,<br>Oakland, California |

Having read and considered the Stipulation to Change Venue, executed by and between Plaintiff CXA-10 Corporation ("Plaintiff") and Defendant Barry A. Ford ("Defendant"), and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. Stipulation to Change Venue to U.S. District Court, District of Nevada is APPROVED.

2. All hearings and proceedings in the U.S. District Court, Northern District of California are VACATED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 8/28/12

Hon. Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE



2

[PROPOSED] ORDER APPROVING STIPULATION TO CHANGE VENUE